# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| RUDIS MOREIRA, | : No. 160 EM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY / THE HONORABLE JUDGE, JEFFREY P. MINEHART, ET AL, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 24th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Wirt of Mandamus and/or Extraordinary Relief is **DENIED**.